IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| H. KEVIN KUSSMAN, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: B-95-1255 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, and any opposition thereto, for good cause having been shown, it is this 25th day of March, 2002;

ORDERED that the Motion for Enlargement of Time is granted and Defendants' Response to Plaintiff's Supplemental Fee Petition is now due no later than the 15th day of April, 2002.

Walter E. Black, Jr.
United States District Court
Senior Judge

