```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

HOWARD KEVIN KNUSSMAN, et al.   *

      v.                              *   CIVIL NO. B-95-1255

STATE OF MARYLAND,              *
DAVID B. MITCHELL,
DAVID CZORAPINSKI,              *
RONNIE P. CREEL, and
JILL D. MULLINEAUX              *

<u>O R D E R</u>

In accordance with the Court's accompanying Memorandum, IT IS, this <u>9th day of April, 2003</u>, by the United States District Court for the District of Maryland,

ORDERED:

(1) That Plaintiff's Second Supplemental Fee Petition (Paper 195) IS GRANTED; and

(2) That defendants shall pay to plaintiff a further interim award of attorneys' fees and expenses in the amount of $67,482.18.

                                        <u>        /s/                   </u>

                                        Walter E. Black, Jr.
                                        Senior Judge