IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOWARD KEVIN KNUSSMAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | No. WEB-95-CV-01255 |
| STATE OF MARYLAND, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Maureen M. Dove, Assistant Attorney General, and William F. Brockman, Assistant Attorney General, as counsel for Defendants, the State of Maryland, Col. David B. Mitchell, Lt. Col. David W. Czorapinski, First Sgt. Ronnie P. Creel (Ret.), and Jill Mullineaux.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

| | |
|---|---|
| /s/ | /s/ |
| MAUREEN M. DOVE | WILLIAM F. BROCKMAN |
| Assistant Attorney General | Assistant Attorney General |
| Federal Bar No. 01169 | Federal Bar No. 26576 |
| Office of the Attorney General | Office of the Attorney General |
| 200 St. Paul Place, 20th Floor | 200 St. Paul Place, 20th Floor |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 576 - 6330 | (410) 576 - 7055 |
| Fax: (410 576 - 6955 | Fax: (410 576 - 6955 |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 28th day of April 2003 a copy of the foregoing Entry of Appearance which was electronically filed was sent by facsimile and first-class mail to the following counsel of record for the plaintiff:

     Robin R. Cockey, Esq.
     Cockey, Brennan & Maloney, P.C.
     313 Lemmon Hill Lane
     Salisbury, Maryland 21801

     Deborah A. Jeon, Esq.
     ACLU of Maryland
     100 N. Liberty Street
     Centreville, Maryland 21617

     and

     Andrew D. Freeman, Esq.
     Brown, Goldstein & Levy, LLP
     120 E. Baltimore Street
     Baltimore, Maryland 21201

                                                            /s/
                                                      William Brockman