# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

HOWARD KEVIN KNUSSMAN, *et al.,*          *

      Plaintiffs,                                      *

   v.                                                       *          No. WEB-95-CV-01255

STATE OF MARYLAND, *et al.,*                    *

      Defendants.                                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ENTRY OF APPEARANCE

Please enter the appearance of Maureen M. Dove, Assistant Attorney General, and William F. Brockman, Assistant Attorney General, as counsel for Defendants, the State of Maryland, Col. David B. Mitchell, Lt. Col. David W. Czorapinski, First Sgt. Ronnie P. Creel (Ret.), and Jill Mullineaux.

        Respectfully submitted,


        J. JOSEPH CURRAN, JR.
        Attorney General of Maryland


|     /s/ |     /s/ |
|---|---|
| MAUREEN M. DOVE | WILLIAM F. BROCKMAN |
| Assistant Attorney General | Assistant Attorney General |
| Federal Bar No. 01169 | Federal Bar No. 26576 |
| Office of the Attorney General | Office of the Attorney General |
| 200 St. Paul Place, 20th Floor | 200 St. Paul Place, 20th Floor |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 576 - 6330 | (410) 576 - 7055 |
| Fax: (410 576 - 6955 | Fax: (410 576 - 6955 |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of April 2003 a copy of the foregoing Entry of Appearance which was electronically filed  was sent by facsimile and first-class mail to the following counsel of record for the plaintiff:

Robin R. Cockey, Esq.
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, Maryland 21801

Deborah A. Jeon, Esq.
ACLU of Maryland
100 N. Liberty Street
Centreville, Maryland 21617

and

Andrew D. Freeman, Esq.
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Baltimore, Maryland 21201


_____/s/_____
William Brockman