IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOWARD KEVIN KNUSSMAN, *et al.,* | * | |
| Plaintiffs, | * | |
| v. | * | No. WEB-95-CV-01255 |
| STATE OF MARYLAND, *et al.,* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEAL

Notice is hereby given on this 28th day of April 2003 that the Defendants, the State of Maryland, Col. David B. Mitchell, Lt. Col. David Czorapinski, First Sgt. Ronnie P. Creel (Ret.), and Jill Mullineaux, by their attorneys J. Joseph Curran, Jr. and Maureen M. Dove, in the above-named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order granting a second interim award of attorney's fees and expenses entered in this action on April 9, 2003.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

       /s/
MAUREEN M. DOVE
Assistant Attorney General
Federal Bar No. 01169
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6330; Fax (410) 576-6955

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April 2003 a copy of the foregoing Notice of Appeal which was electronically filed was sent by facsimile and first-class mail to the following counsel of record for the plaintiff:

> Robin R. Cockey, Esq.
> Cockey, Brennan & Maloney, P.C.
> 313 Lemmon Hill Lane
> Salisbury, Maryland 21801
>
> Deborah A. Jeon, Esq.
> ACLU of Maryland
> 100 N. Liberty Street
> Centreville, Maryland 21617
>
> and
>
> Andrew D. Freeman, Esq.
> Brown, Goldstein & Levy, LLP
> 120 E. Baltimore Street
> Baltimore, Maryland 21201

/s/
William F. Brockman