**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>FAX (410) 962-0820<br>MDDAMDChambers@mdd.uscourts.gov |

October 3, 2003

MEMORANDUM TO COUNSEL RE:   Knussman v. State of Maryland, et al.
                                                   Case No.  AMD 95-1255

    This is to inform you that an on-the-record status conference has been scheduled in this case for Tuesday, October 21, 2003, at 10:00 a.m.  The conference will be held in courtroom 5B of the courthouse.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt