J. JOSEPH CURRAN, JR.
**Attorney General**

DONNA HILL STATON
MAUREEN M. DOVE
**Deputy Attorneys General**

BETTY STEMLEY SCONION
**Principal Counsel**

SHARON BENZIL MCCANN
**Deputy Counsel**



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL
### MARYLAND DEPARTMENT OF STATE POLICE

410-653-4270
TELECOPIER NO.

410-653-4228
WRITER'S DIRECT DIAL NO.
E-Mail Address: bsconion@mdsp.org

December 8, 2003

The Honorable Andre Davis
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   *H. Kevin Knussman v. State of Maryland, et al.*,
               Civil Action No. B-95-1255

Dear Judge Davis:

      Defendants received the Court's ruling of December 4, 2003 and are working towards completing the submission as ordered. The Defendant's counsel, however, have been hindered by the inclement weather of Friday and Saturday, December 5 and 6 and find it necessary to request a one day extension of time to submit their ex parte statement. Counsel have spoken with Plaintiff's attorney, Andrew Freeman, who has no objection to the brief extension. Accordingly, Defendants request an extension of one day to submit it's mediation statement to the Court.

                              Sincerely,

                              /s/

                              Betty Stemley Sconion
                              Assistant Attorney General
                              Federal Bar No.: 01544

cc: All Counsel by ECM