IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOWARD KEVIN KNUSSMAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | No. AMD-95-CV-01255 |
| STATE OF MARYLAND, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Correspondence to the Court dated December 9, 2003, containing the defendants' mediation statement, along with supporting exhibits, will be filed with the Clerk's Office in paper format so that it may be placed under seal, pursuant to the Court's orders of November 21 and December 4, 2003, directing that the mediation statements be submitted *ex parte*.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

/s/

_____
WILLIAM F. BROCKMAN
Assistant Attorney General
Federal Bar No. 26576
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576 - 7055; Fax: (410) 576 - 6955