IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| H. KEVIN KUSSMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. AMD-95-1255 |
| STATE OF MARYLAND, *et al.*, | : |
| Defendants. | : |

\* \* \* \*   ooo0ooo   \* \* \* \*

**<u>NOTICE OF FILING LENGTHY DOCUMENT</u>**

PLEASE TAKE NOTICE that on the 12th day of March 2004, Plaintiffs filed with the Court physical copies of their Petition for Attorneys Fees (on Remand) including exhibits.

I certify that within 24 hours of filing this Notice, I will serve paper copies of the document identified above on all counsel.

/s
Shelly Marie Martin, Bar No. 26637
Andrew D. Freeman, Bar No. 03867
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201
(410) 962-1030