**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

HOWARD KEVIN KNUSSMAN, *et al.*,            *

    Plaintiffs,            *

    v.            *            Civil Action No. AMD-95-1255

STATE OF MARYLAND, *et al.*,            *

    Defendants.            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

It is this ____ day of _____ 2004, by the United States District Court for the District of Maryland, ORDERED:

(1) that the defendants' Motion for Order Setting Briefing Schedule be, and hereby is, GRANTED;

(2) that the defendants must file their response to the plaintiffs' Fee Petition (on Remand) on or before April 22, 2004; and

(3) that the plaintiffs must file any reply memorandum in support of their Fee Petition (on Remand) on or before May 14, 2004.

 

                                                                       _____
                                                                       Andre M. Davis, Judge