IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOWARD KEVIN KNUSSMAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AMD-95-1255 |
| STATE OF MARYLAND, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

It is this <u>1st</u> day of <u>April</u> 2004, by the United States District Court for the District of Maryland, ORDERED:

(1) that the defendants' Motion for Order Setting Briefing Schedule be, and hereby is, GRANTED;

(2) that the defendants must file their response to the plaintiffs' Fee Petition (on Remand) on or before April 22, 2004; and

(3) that the plaintiffs must file any reply memorandum in support of their Fee Petition (on Remand) on or before May 14, 2004.

```
                              _____/s/_____
                              Andre M. Davis, Judge
```