IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| H. KEVIN KNUSSMAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. AMD-95-1255 |
| STATE OF MARYLAND, *et al.*, | : | |
| Defendants. | : | |

\*   \*   \*   \*   ooo0ooo   \*   \*   \*   \*

### NOTICE OF FILING LENGTHY DOCUMENT

PLEASE TAKE NOTICE that on April 2, 2004, Plaintiff filed with the Court physical

copies of the Supplemental Declaration of Robin R. Cockey. This declaration supplements

Exhibit 2 to Plaintiff's Fee Petition (On Remand).

I certify that, within 24 hours of filing this Notice, I will serve paper copies of the

document identified above on all counsel.

_____/s/_____

Andrew D. Freeman, Bar No. 03867
Shelly Marie Martin, Bar No. 26637
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite1700
Baltimore, Maryland 21202
(410) 962-1030
