**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

HOWARD KEVIN KNUSSMAN, *et al.*,    *

    Plaintiffs,    *

    v.    *    Civil Action No. AMD-95-1255

STATE OF MARYLAND, *et al.*,    *

    Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

It is this ____ day of _____ 2004, by the United States District Court for the District of Maryland, ORDERED:

(1) that the defendants' Motion for Enlargement of Time be, and hereby is, GRANTED; and

(2) that the defendants must file their response to the plaintiffs' Fee Petition (on Remand) on or before April 23, 2004.

                                                                                       _____
                                                                                       Andre M. Davis, Judge