# COUNTS BROUGHT BY KNUSSMAN

|  | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Official | Personal | Official | Personal | Official | Personal | Official | Personal |  |  |  |
| Count I Equal Protection §1983 |  |  |  |  |  |  |  |  |  |  |  |
| Count II FMLA/ statute |  |  |  |  |  |  |  |  |  |  |  |
| Count II FMLA §1983 |  |  |  |  |  |  |  |  |  |  |  |
| Count II Retaliation |  |  |  |  |  |  |  |  |  |  |  |
| Count III Md. Decl. of Rights |  |  |  |  |  |  |  |  |  |  |  |

H:\civil\DOVEM\WPDATA\Knussman\counts2.cht.wpd
April 20, 2004