## POST- DECISION ON MOTION TO DISMISS August 1996
**Monetary Claims**

|  | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Dis-missed | Money damages barred by 11th Am. immunity | |
| Count II FMLA/ statute | Denied - FMLA clearly abrogated immunity* | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity* | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity* | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity* | Denied - Individuals fit within FMLA definition of employer | Dis-missed | Denied - FMLA clearly abrogated immunity* | |
| Count II FMLA §1983 | | | | | | | | | Dis-missed | | |
| Count II Retaliation | | | | | | | | | | | |
| Count III Maryland Declaration of Rights | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dis-missed by Plaintiff | Dismissed by Plaintiff | |

* Court did not address issue whether Congress acted "pursuant to a valid exercise of power" because it was not raised by the parties. 935 F.Supp. at 663.

H:\civil\DOVEM\WPDATA\KNUSSMAN\post-mtd.cht.(letter)wpd.wpd
April 20, 2004