**POST-DECISION ON MOTION FOR SUMMARY JUDGMENT August 1998**

*Monetary Claims*

|  | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Official | Personal | Official | Personal | Official | Personal | Official | Personal |  |  |  |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Dismissed | Money damages barred by 11th Am. immunity |  |
| Count II FMLA/ statute | Summary Judgment Granted | Summary Judgment Granted | Denied - FMLA clearly abrogated immunity* | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | Denied - FMLA clearly abrogated immunity* | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | Denied - FMLA clearly abrogated immunity* | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | Dismissed | Denied - FMLA clearly abrogated immunity* |  |
| Count II FMLA §1983 | Summary Judgment Granted | Summary Judgment Granted | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity for monetary damages - same | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity for monetary damages - same | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity for monetary damages - same | Granted |  |  |
| Count II Retaliation | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted |
| Count III Maryland Declaration of Rights | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff |  |

H:\civil\DOVEM\WPDATA\KNUSSMAN\post-msj.cht(letter).wpd - April 23, 2004

1