# POST-VERDICT   (February 1999)
**Monetary Claims**

| | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity **denied** by jury **Verdict $375,000*** | Dismissed | Money damages barred by 11th Am immunity | |
| Count II FMLA/ statute | Summary Judgment Granted | Summary Judgment Granted | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established - | Dismissed | **Verdict - $375,000*** | |
| Count II FMLA §1983 | Summary Judgment Granted | Summary Judgment Granted | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | Dismissed | **Verdict - $375,000** | |
| Count II Retaliation | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted | Granted |
| Count III Maryland Declaration of Rights | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | Dismissed by Plaintiff | |

*Jointly and severally liable

H:\civil\DOVEM\WPDATA\KNUSSMAN\verdict.cht(letter).wpd - April 23, 2004

1