# CLAIMS BROUGHT BY KNUSSMAN

|  | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | | | | | | | | | | | |
| Count II FMLA/ statute | | | | | | | | | | | |
| Count II FMLA §1983 | | | | | | | | | | | |
| Count II Retaliation | | | | | | | | | | | |
| Count III Md. Decl. of Rights | | | | | | | | | | | |