## POST- DECISION ON MOTION TO DISMISS (August 1996)
**Monetary Claims**

| | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Money damages barred by 11th Am. immunity | | Dismissed | Money damages barred by 11th Am. immunity | |
| Count II FMLA/ statute | Denied - FMLA clearly abrogated immunity | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity | Denied - Individuals fit within FMLA definition of employer | Denied - FMLA clearly abrogated immunity | Denied - Individuals fit within FMLA definition of employer | Dismissed | Denied - FMLA clearly abrogated immunity | |
| Count II FMLA §1983 | | | | | | | | | Dismissed | | |
| Count II Retaliation | | | | | | | | | Dismissed | | |
| Count III Maryland Declaration of Rights | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | |