**POST-DECISION ON MOTION FOR SUMMARY JUDGMENT** (August 1998)

Monetary Claims

| | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Money damages barred by 11th Am. immunity | Qualified immunity denied - gender discrimination clearly established | Dismissed | Money damages barred by 11th Am. immunity | |
| Count II FMLA/ statute | Summary Judgment Granted | Summary Judgment Granted | Denied - FMLA clearly abrogated immunity | Qualified Immunity exists; relationship between FMLA & state leave not clearly established | Denied - FMLA clearly abrogated immunity | Qualified Immunity exists; relationship between FMLA & state leave not clearly established | Denied - FMLA clearly abrogated immunity | Qualified Immunity exists; relationship between FMLA & state leave not clearly established | Dismissed | Denied - FMLA clearly abrogated immunity | |
| Count II FMLA §1983 | Summary Judgment Granted | Summary Judgment Granted | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity- same | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity - same | §1983 enforcement not foreclosed by FMLA; consequential damages available | Qualified Immunity - same | Dismissed | §1983 enforcement not foreclosed by FMLA; consequential damages available | |
| Count II Retaliation | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Dismissed | Summary Judgment Granted | Summary Judgment Granted |
| Count III Maryland Declaration of Rights | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion |