# POST-VERDICT   (February 1999)
**Monetary Claims**

|  | Mitchell | | Czorapinski | | Creel | | Mullineaux | | MSP | State of Md. | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Official | Personal | Official | Personal | Official | Personal | Official | Personal | | | |
| Count I Equal Protection §1983 | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity granted by jury | Money damages barred by 11th Am. immunity | Qualified immunity **denied** by jury **Verdict $375,000*** | Dismissed | Money damages barred by 11th Am. immunity | |
| Count II FMLA/ statute | Summary Judgment Granted | Summary Judgment Granted | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | **Verdict - $375,000*** | Qualified Immunity for monetary damages; relationship between FMLA & state leave not clearly established | Dismissed | **Verdict - $375,000*** | |
| Count II FMLA §1983 | Summary Judgment Granted | Summary Judgment Granted | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | **Verdict - $375,000*** | Qualified Immunity for monetary damages - same | Dismissed | **Verdict - $375,000*** | |
| Count II Retaliation | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Summary Judgment Granted | Dismissed | Summary Judgment Granted | Summary Judgment Granted |
| Count III Maryland Declaration of Rights | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | Voluntarily Dismissed After Defendants' Motion | |

*Jointly and severally liable