IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| H. KEVIN KUSSMAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. AMD-95-1255 |
| STATE OF MARYLAND, *et al.*, | : | |
| Defendants. | : | |

\* \* \* \* ooo0ooo \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff, by undersigned counsel, hereby moves that the time for him to file his reply brief in support of his fee petition (on remand) be extended until May 20, 2004.

Since defendants' opposition was filed on April 23, plaintiff's counsel on fees (Mr. Freeman) has had numerous other obligations (including a jury trial that settled the morning of trial, taking a deposition, filing a complaint in an expedited contract appeal, and another lengthy reply brief, each in different cases) that have prevented him from completing the reply brief, which is currently due on May 14.

Counsel for defendants has consented to this extension.

Respectfully submitted,

_____
Andrew D. Freeman, Bar No. 03867
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

Counsel for Plaintiff