# EXHIBIT 12

## KNUSSMAN'S OVERALL SUCCESS ON CLAIMS

| | Mitchell | | Czorapinski | | | Creel | | Mullineaux | | MSP | State of MD | Lewis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Official | Personal | Official | Personal | | Official | Personal | Official | Personal | | | |
| Ct I – Equal Prot. §1983 | I&D | I&D / $ | I&D | I&D / $ | | I&D | I&D / $ | I&D | I&D & $ | (not sought) | I&D | (not sought) |
| Ct II – FMLA/ Statute | (no relief) | (no relief) | I&D | I&D | | I&D | I&D | I&D | I&D | (dismissed) | I&D | (not sought) |
| Ct II – FMLA § 1983 | (dismissed) | (dismissed) | (dismissed) | $ | | (dismissed) | $ | (dismissed) | $ | (dismissed) | $ | $ |
| Ct. II – Retaliation | (dismissed) | (dismissed) | (dismissed) | (dismissed) | | (dismissed) | (dismissed) | (dismissed) | (dismissed) | (dismissed) | (dismissed) | (dismissed) |
| Ct III – MD Dec. of Rights | (not sought) | (not sought) | (not sought) | (not sought) | | (not sought) | (not sought) | (not sought) | (not sought) | (not sought) | (not sought) | (not sought) |

Legend:
- Not Sought
- No Relief Granted
- Prevailed
- Dismissed by Consent

I&D – Injunctive & Declaratory Relief
$ - Monetary Damages