# EXHIBIT 16

State of Maryland
Board of Public Works
Louis L. Goldstein Treasury Building

Annapolis, Maryland 21401
410-260-7335    Toll Free 877-501-7320
FAX 410-974-5240
www.bpw.state.md.us

Robert L. Ehrlich, Jr.
*Governor*

William Donald Schaefer
*Comptroller*

Nancy K. Kopp
*Treasurer*

Sheila C. McDonald, Esq.
*Executive Secretary*

17-Dec-03
Page 1 of 27

# BOARD OF PUBLIC WORKS - AFTER MEETING AGENDA
Meeting Date: Wednesday, December 17, 2003

| Item | Agency Institution | County | Vendor, Contractor, Grantee | Description |
|---|---|---|---|---|
| **Agenda: Department of General Services** | | | | |
| 1-C | MSP | Baltimore | Jack H. Kidd Associates, Inc.  Doc. No. 001B4900500 | Construction Contract - Building "B" Headquarters - Convert basement into a DNA Storage Facility.  Cost: $342,250. |
| action: Approved | | discussion: No | | |
| 2-C | STMRYCOL | St. Mary's | Costello Construction of Maryland, Inc.  Doc. No. 001B4900392 | Construction Contract - Student Services Building Parking Lot - Cost: $1,300,000. |
| action: Approved | | discussion: No | | |
| 3-AE | MORG | Baltimore City | Cochran, Stephenson & Donkervoet, Inc.  Doc. No. 001B4900464 | A/E Contract - Campus-wide Utility Upgrades - New Chiller Plant and Utility Tunnel.  Cost: $603,023. |
| action: Approved | | discussion: No | | |

17-Dec-03
Page 18 of 27

| Item | Agency Institution | County | Vendor, Contractor, Grantee | Description |
|---|---|---|---|---|
| 12-IT-MOD | COMP | Anne Arundel | Group 1 Software | Contract Modification - Information Technology Division (ITD) Modify Agreement to reflect the ADC's upgrade of its Central Processing unit. Term: 1/17/04-8/31/04. Cost: $69,075 (8 months, 14 days) |
| action: Approved | | discussion: No | Doc. No. CO763617 | |
| 13-IT-MOD | COMP | Anne Arundel | Computer Associates International, Inc. | Contract Modification - Information Technology Division (ITD) Modify Agreement to reflect planned upgrade of the Central Processing Unit (CPU). Funding 1) a one time upgrade fee; and 2) and adjustment for on-going maintenance support. Term: 12/31/03-8/29/06. Cost: $435,989 (20 months) |
| action: Approved | | discussion: No | Doc. No. CO7674340 | |
| 14-GM | HMH | N/A | N/A | General Miscellaneous - Approval to create 8 Federally funded positions. FY 04/exempt |
| action: Approved | | discussion: No | Doc. No. | |
| 15-GM | DOT/MPA | N/A | Project Life, Inc. v Robert L. Ehrlich et al | General Miscellaneous - Approval for payment of attorneys' fees in the case of Project Life, Inc. v. Robert L. Ehrlich, et al. Amount: $1,158,457.11. |
| action: Approved | | discussion: No | Doc. No. | |