# EXHIBIT 17

Case 1:95-cv-01255-AMD   Document 238-7   Filed 05/20/2004   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

H. KEVIN KNUSSMAN, :

      Plaintiff, :

v. : Civil Action No. B-95-1255

STATE OF MARYLAND, *et al.*, :

      Defendants. :

\* \* \* \*   oooOooo   \* \* \* \*

## MAY 22, 2002, DECLARATION OF DEBORAH A. JEON IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND EXPENSES

1.    I, Deborah A. Jeon, am over 18 years of age and competent to testify. I make this Declaration in further support of Plaintiff H. Kevin Knussman's Petition for Attorneys' Fees and Expenses, as supplemented on March 5, 2002. Fees are sought in these applications for work conducted by plaintiff's counsel over the period from March 13, 1995 through February 2002. Recovery of fees and costs incurred after that will be sought in a subsequent petition.

2.    Defendants contend that the Court should reduce the plaintiff's fee request by two thirds through August 2, 1996, due to the dismissal, on that date, of plaintiffs Kimberly and Riley Paige Knussman. In fact, however, plaintiff's counsel spent no additional time due to the initial inclusion and subsequent exclusion of these two plaintiffs. Defendants have identified no entries from the time records of plaintiff's counsel indicating devotion of time to Kim or Riley Paige as plaintiffs. This is because their claims were inextricably intertwined with those of Mr. Knussman, and thus entailed no additional time expenditure. Our records reflect that any time that was specifically devoted to Kimberly Knussman was expended *not* because of her brief role

as a plaintiff, but because of her critical role as a witness in this case (and a witness extensively deposed by the defendants). Our records show that no counsel time at all was specifically devoted to Riley Paige Knussman, and none has been identified by defendants.

3. Defendants also contend that plaintiff's fee request should be reduced because he was represented by more than one attorney. Given their own representation by multiple counsel, however, defendants lack any legitimate basis for complaining about plaintiff's staffing of his case. In the chart attached as Exhibit A to this Declaration, I have recorded the number of plaintiff's counsel who billed for various proceedings in this case, as well as the number of defense counsel who attended each of those proceedings. I have personal knowledge of all of those proceedings, with the exception of a few depositions, for which I consulted the deposition transcript's list of attendees. Staffing of this case by plaintiff's counsel was comparable to that of the defendants. If anything, this analysis shows that plaintiff frequently billed for *fewer* attorneys than defendants employed to perform the same function.

4. As reflected in our time records, Mr. Knussman's three attorneys divided the necessary work among ourselves in a manner that kept duplication to a bare minimum. Moreover, where duplication of efforts was evident, plaintiff's counsel exercised billing judgment by eliminating charges for the second chair attorney.

I declare under penalty of perjury that the foregoing is true and correct.

May 22, 2002

Deborah A. Jeon

## CHART OF ATTENDANCE OF MULTIPLE ATTORNEYS

| Date | Proceeding | Plaintiff's Counsel Billing | Defense Counsel Attending |
|---|---|---|---|
| 1/26/2001 | Appellate Hearing | 3 Attorneys | 3 Attorneys |
| 11/15/1999 | Fourth Circuit Mediation | 2 Attorneys | 3 Attorneys |
| 11/2/1999 | Conference Call w/ D. Ct. | 1 Attorney | 2 Attorneys |
| 7/1/1999 | D. Ct. Hearing on Post - Trial Motion | 3 Attorneys | 2 Attorneys |
| 6/17/1999 | Conference Call w/ D. Ct. | 1 Attorney | 2 Attorneys |
| 6/15/1999 | Settlement Conf. w/ Judge Klein | 2 Attorneys | 2 Attorneys |
| 5/14/1999 | J.C. Lewis Deposition | 1 Attorney | 1 Attorney |
| 5/14/1999 | Kevin Knussman Deposition | 1 Attorney | 1 Attorney, 1 Law Clerk |
| 5/14/1999 | Dr. Williamson Deposition | 1 Attorney | 1 Attorney, 1 Law Clerk |
| 5/13/1999 | Dr. Strahan Deposition | 1 Attorney | 1 Attorney |
| 5/11/1999 | Dr. Phillips Deposition | 1 Attorney | 2 Attorneys |
| 5/10/1999 | Lt. Col. Smith Deposition | 1 Attorney | 1 Attorney |
| 5/10/1999 | Wenrich Deposition | 1 Attorney | 1 Attorney |
| 5/10/1999 | Beck Deposition | 1 Attorney | 1 Attorney |

| Date | Proceeding | Plaintiff's Counsel Billing | Defense Counsel Attending |
|---|---|---|---|
| 5/7/1999 | Cpl. Gainey Deposition | 1 Attorney | 1 Attorney, 1 Law Clerk |
| 5/7/1999 | Cpl. Colbert Deposition | 1 Attorney | 1 Attorney, 1 Law Clerk |
| 5/7/1999 | TFC. Mason Deposition | 1 Attorney | 1 Attorney, 1 Law Clerk |
| 5/6/1999 | Maj. D. Lewis Deposition | 1 Attorney | 2 Attorneys |
| 5/6/1999 | Piringer Deposition | 1 Attorney | 2 Attorneys |
| 5/6/1999 | Lawrence Deposition | 1 Attorney | 1 Attorney |
| 5/4/1999 | D. Ct. Motions Hearing | 2 Attorneys | 3 Attorneys |
| 3/11/1999 | Post Trial Hearing | 3 Attorneys | 2 Attorneys |
| 1/19/1999 thru 2/2/1999 | Trial | 2 Attorneys, 1 Paralegal | 2 Attorneys, 1 Law Clerk |
| 12/7/1998 | Settlement Conf. w/ Judge Klein | 3 Attorneys | 2 Attorneys |
| 11/4/1998 | Dr. Toler Deposition | 1 Attorney | 2 Attorneys |
| 11/20/1997 | D. Ct. Motions Hearing | 2 Attorneys | 4 Attorneys |
| 11/7/1997 | D. Ct. Motions Hearing | 2 Attorneys | 4 Attorneys |
| 3/4/1997 | Kevin Knussman Deposition | 1 Attorney | 1 Attorney |

| Date | Proceeding | Plaintiff's Counsel Billing | Defense Counsel Attending |
|---|---|---|---|
| 3/3/1997 | Dr. Wenz Deposition | 1 Attorney | 1 Attorney |
| 2/7/1997 | D.Ct. Motions Hearing | 2 Attorneys | 1 Attorney |
| 2/4/1997 | Kim Knussman Deposition | 1 Attorney | 1 Attorney |
| 2/3/1997 | Kim Knussman Deposition | 1 Attorney | 1 Attorney |
| 2/3/1997 | Kevin Knussman Deposition | 1 Attorney | 1 Attorney |
| 1/31/1997 | D.Ct. Motions Hearing | 2 Attorneys | 1 Attorney |
| 1/23/1997 | Mullineaux Deposition | 1 Attorney | 1 Attorney |
| 1/23/1997 | Czorapinski Deposition | 1 Attorney | 1 Attorney |
| 1/26/1996 | D. Ct. Motions Hearing | 2 Attorneys | 1 Attorney |
| 8/1/1995 | Settlement Conference w/ Judge Blake | 2 Attorneys | 2 Attorneys |