# EXHIBIT 18

LAW OFFICES
# COCKEY, BRENNAN & MALONEY, P.C.
### ATTORNEYS & COUNSELORS AT LAW

ROBIN R. COCKEY  /  MARK P. BRENNAN*  /  THOMAS J. MALONEY

October 1, 1999

**<u>SENT BY FACSIMILE TRANSMISSION</u>**
Betty S. Sconion, Esq.
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, MD 21208

     *Re:*    *Knussman v. State of Maryland*
            *Civil Action # B-95-1255*
            *United States District Court for the District of Maryland*

Dear Betty:

     I have followed with interest your pronouncements in the media concerning the collectibility of our judgment. Though your remarks have engendered little doubt concerning the ultimate outcome of this matter, they have convinced us of the need to adopt a more aggressive collection policy than we would ordinarily take in dealing with the government and its officials.

     Accordingly, I write to request you inform me, in writing, of the Defendants' intentions regarding the payment of this judgment. If I have not received a completely satisfactory response from you by noon on October 6, 1999, we shall commence execution efforts that afternoon.

                      Very truly yours,

                      Robin R. Cockey

RRC/lw
Encl.
cc:    Deborah A. Jeon, Esq.
       Sara L. Mandelbaum, Esq.
       Donald F. Hoffman, Esq.
       H. Kevin Knussman

**RECEIVED**

OCT 4 1999

LEGAL COUNSEL UNIT

SUITE 305 / PLAZA GATEWAY BUILDING / 116 WEST MAIN STREET / SALISBURY, MD 21801
410.546.1750 / FAX: 410.546.1811 / E-MAIL: cbm@dmv.com

* ALSO ADMITTED IN VIRGINIA, DC & PENNSYLVANIA