IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOWARD KEVIN KUSSMAN,  :
    Plaintiff  :
      :
v.  :   CIVIL NO. AMD 95-1255
      :
STATE OF MARYLAND, et al.,  :
    Defendants  :

...o0o...

ORDER

For the reasons set forth in the foregoing Memorandum Opinion, it is this 11th day of March, 2005, hereby ORDERED

(1) That the motion to attorney's fees and costs is GRANTED;

(2) Plaintiff is hereby awarded attorney's fees in the amount of $220,000 and costs of $24,500;

(3) The Clerk shall CLOSE THIS CASE.

                                                /s/
                                            Andre M. Davis
                                            United States District Judge